SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 27, 2011; decided February 14, 2012

Reported below, 2011 NY Slip Op 88906(U).

Motion, insofar as it seeks leave to appeal from the Court of Claims judgment, dismissed upon the ground that it does not lie (see CPLR 5602); motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion

for reargument, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.